RECEIVED IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
2005 JUN 23  A 11: 21    NORTHERN DIVISION

PHYLLIS McCORD,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )      CIVIL ACTION NO. 2:05CV594-F
                                         )
G.D. SEARLE LLC (hereinafter             )
"Searle") a subsidiary of PHARMACIA      )
CORPORATION, (hereinafter                )
"Pharmacia"), a Foreign Corporation;     )
MONSANTO COMPANY;  PFIZER                )
INC., et al,                             )
                                         )
                    Defendants.          )

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for Defendants, hereby certify that on June 23, 2005,

Defendants caused to be filed with the Clerk of Court for the Circuit Court for Covington

County, Alabama, a Notice of Removal to the United States District Court for the Middle

District of Alabama, Northern Division, a copy of which is attached.

Respectfully submitted,

_____
Lawrence B. Clark    (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Wendy A. Madden (MAD-032)
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 23rd day of June 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

461704-1                                    2

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

PHYLLIS McCORD,    )
          )
  Plaintiff,    )
          )
vs.         )  CIVIL ACTION NO. CV-05-103
          )
G.D. SEARLE LLC (hereinafter )
"Searle") a subsidiary of PHARMACIA )
CORPORATION, (hereinafter )
"Pharmacia"), a Foreign Corporation; )
MONSANTO COMPANY; PFIZER )
INC., et al,     )
          )
  Defendants.   )

## STATE COURT PROCEEDINGS NOTICE OF REMOVAL

Notice is hereby given pursuant to 28 U.S.C. § 1441 *et seq.* that Defendants have filed a Notice of Removal of this action in and to the United States District Court for the Middle District of Alabama, Northern Division on the 23rd day of June, 2005, a copy of which is attached. A copy of said Notice of Removal has been served on all counsel of record. In accordance with 28 U.S.C. § 1446, the Circuit Court for Covington County, Alabama shall proceed no further with the action bearing docket number CV 05-103.

Respectfully submitted,

_____
Lawrence B. Clark    (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Wendy A. Madden (MAD-032)
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 23rd day of June, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

OF COUNSEL