IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 23 A 11: 21

PHYLLIS McCORD, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO. 2:05CV594-F
)
G.D. SEARLE LLC (hereinafter )
"Searle") a subsidiary of PHARMACIA )
CORPORATION, (hereinafter )
"Pharmacia"), a Foreign Corporation; )
MONSANTO COMPANY; PFIZER )
INC., et al, )
)
Defendants. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants G.D. Searle LLC, Pharmacia Corporation (formerly known as Monsanto Company), and Pfizer Inc., submit this Corporate Disclosure Statement, and state:

1. Pfizer Inc., does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc. Defendant Monsanto Company, as an entity relevant to this action, changed its name to Pharmacia Corporation in 2000, the same entity herein described.

3. G.D. Searle LLC., is a wholly-owned third tier subsidiary of Pharmacia Corporation.

Dated this 23rd day of June 2005.

Respectfully submitted, 

_____
Lawrence B. Clark      (CLA-012)
Gilbert C. Steindorff, IV (STE-173)
Wendy A. Madden (MAD-032)
Attorneys for G.D. Searle LLC, Pharmacia
Corporation and Pfizer Inc.

OF COUNSEL:

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 23rd day of June, 2005.

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

461832-1                               2