IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHYLLIS McCORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-cv-00594 |
| ) | |
| G.D. SEARLE LLC (hereinafter ) | **MOTION GRANTED** |
| "Searle") a subsidiary of PHARMACIA ) | |
| CORPORATION, (hereinafter ) | THIS /3rd DAY OF October, 20 05 |
| "Pharmacia"), a Foreign Corporation; ) | |
| MONSANTO COMPANY; PFIZER ) | |
| INC., et al, ) | |
| ) | UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

**JOINT MOTION FOR A STAY OF PROCEEDINGS
PENDING TRANSFER TO *IN RE BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION, MDL-1699***

NOW COME Plaintiff and Defendants G.D. Searle LLC ("Searle"), Pharmacia Corporation, Monsanto Company[1] and Pfizer Inc. ("Pfizer") (the "Defendants"), (collectively, along with Plaintiff, "the Parties"), and jointly move this Court for a stay of all proceedings pending the transfer of this case to the United States District Court for the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales practices and Products Liability Litigation*, MDL-1699. In support of this motion, the Parties respectfully show the Court as follows:

I.

<u>Background</u>

---

[1] It is Defendants position that Pharmacia is improperly captioned in Plaintiff's Complaint as Monsanto Company. However, it is Plaintiffs position that Monsanto Company is a proper party to this action suit.